UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELQES ZAID ABOZAID,<br><br>  Plaintiff,<br><br>  v.<br><br>FOUR UNKNOWN NAMED AGENTS OF THE U.S. CUSTOMS AND BORDER PATROL, et al.,<br><br>  Defendants. | Case No. 20-cv-01538-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**<br><br>Re: Dkt. No. 38 |

Before the Court is Plaintiff's motion for an order *nunc pro tunc* granting Plaintiff an enlargement of time to respond to the motion to dismiss filed by Defendants Anders and Nell. (Dkt. No. 38.)   Plaintiff's counsel attests in a supporting declaration that recently over 10 members of counsel's staff have tested positive for COVID-19, and that this caused Plaintiff and counsel to miss the January 11, 2021 deadline to respond to the motion to dismiss.  (Dkt. No. 38 at 4.) Defendants Anders and Nell argue that granting Plaintiff's motion is inappropriate because they "have had to live under the shadow of Plaintiff's complaint, while Plaintiff has done little to advance this action in the ten months since she filed it."  (Dkt. No. 39 at 3.)

Defendants do not identify—nor can the Court—any prejudice they would suffer by allowing Plaintiff additional time to respond to the motion to dismiss in light of the unprecedented circumstances.  Accordingly, pursuant to N.D. Cal. Civ. L.R. 6-3(d) the Court GRANTS Plaintiff's motion.  Plaintiff's opposition to the motion is due March 16, 2021.  Defendants Anders and Nell shall file a reply brief by March 30, 2021, with a hearing on the motion to be held April 15, 2021.

Additionally, Plaintiff filed this action against Four Unknown Named Agents of The U.S. Customs and Border Patrol.   Plaintiff apparently subsequently identified Jason Anders and Linda

Nell as defendants. Although the complaint has not been amended, Mr. Anders and Ms. Nell have appeared, consented to the jurisdiction of a magistrate judge, and have moved to dismiss. (Dkt. Nos. 23, 33, 35.) Further, it is unclear if Plaintiff intends to pursue two additional defendants. If so, until those additional defendants appear and consent the Court cannot decide any dispositive motions. *See* 28 U.S.C. § 636(c); *Williams v. King*, 875 F.3d 500, 503-04 (2017). Accordingly, on or before March 1, 2021, Plaintiff shall file an amended complaint that identifies the defendants by name and clarifies whether Plaintiff is still pursuing additional unnamed defendants. Assuming Plaintiff is proceeding only against Mr. Anders and Ms. Nell, the motion to dismiss can be decided based on the allegations of the original complaint according to the schedule set forth above.

This Order disposes of Dkt. No. 38.

**IT IS SO ORDERED.**

Dated: January 22, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge